682

12 So.2d 874

**Beck ROBISON v. STATE.**

8 Div. 322.

Court of Appeals of Alabama.
March 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 120

**Leonard ROMINE v. STATE.**

8 Div. 343.

Court of Appeals of Alabama.
Feb. 22, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

14 So.2d 914

**Jack ROREX v. STATE.**

8 Div. 344.

Court of Appeals of Alabama.
June 22, 1943.

H. T. Foster, of Scottsboro, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

12 So.2d 874

**Janie RUTLAND v. STATE.**

8 Div. 294.

Court of Appeals of Alabama.
Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 882

**D. G. SALTER v. STATE.**

3 Div. 851.

Court of Appeals of Alabama.
Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 883

**Jay Gould SAMPLES v. Corine KIRBY.**

8 Div. 299.

Court of Appeals of Alabama.
Jan. 21, 1943.

Proctor & Snodgrass, of Scottsboro, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.